**Christie N. SCHNEIDER, Appellant,**

v.

**SULLIVAN COLLEGE; A.R. Sullivan; Stephen Coppeck; Greg Cawthorn; James M. Kearfoit; Sullivan University, formerly known as Sullivan College, Appellees.**

No. 05–2645.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 6, 2006.

Filed: Oct. 12, 2006.

Christie N. Schneider, argued, St. Charles, MO, pro se.

1. Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

Stephen L. Beimdiek, Lashly & Baer, Daniel K. O'Toole, Armstrong & Teasdale, argued, St. Louis, MO, Grover C. Potts, Jr., Michelle D. Wyrick, Wyatt & Tarrant, argued, Louisville, KY, for Appellees.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Christie N. Schneider appeals the district court's [1] adverse grant of summary judgment in her employment discrimination action. Having carefully reviewed the record and considered the parties' arguments, we agree with the district court that Schneider failed to create any trial-worthy issues as to whether she filed a valid Equal Employment Opportunity Commission charge related to her Title VII claim, or whether her Missouri Human Rights Act claim was timely.[2] *See Torres v. UNUM Life Ins. Co. of Am.*, 405 F.3d 670, 677 (8th Cir.2005) (de novo standard of review). To the extent she is challenging the denial of her motion for reconsideration—construed as a motion under Federal Rule of Civil Procedure 59(e)—we find no abuse of discretion. *See Perkins v. U.S. West Communications*, 138 F.3d 336, 340 (8th Cir.1998) (standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

[1]. The Honorable Lewis M. Blanton, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

[2]. Schneider has waived her other claims, *see Watson v. O'Neill*, 365 F.3d 609, 614 n. 4 (8th Cir.2004); and we decline to address her

newly raised claim under the Americans with Disabilities Act, *see Stone v. Harry*, 364 F.3d 912, 914 (8th Cir.2004).